UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

_____

In re: John Eric Swedell and Lena Renay Swedell
      Debtor(s)                                 Case No.: 09-37488-MER
                                                                Chapter: 7

_____

Notice of Deficiency

This Notice refers to the following document filed with the court on : 12/24/2009
By : Peter L. Mattison
        • Voluntary Petition and/or Voluntary Petition Official Form 1 dated (01/08)

This Notice refers to the following missing documents which were NOT filed with the court
and your case will be dismissed if you do not file the missing document(s):

- • Each debtor must provide copies of all paycheck stubs, payment advices, or other evidence of wages, salary, commissions or other income from any employer received by each debtor within 60 days before the bankruptcy case was filed (copied on 8 ½ x 11 paper), and/or a verified statement that no such document(s) exist for **each** debtor using Local Bankruptcy Form 1007-6.1 (attached to this notice).

- • Other: Pay advices for Lena Renay Swedell only.

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s). If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 1017-3, the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) 11 U.S.C. § 521; (b) Fed.R.Bankr.P. 1007; and (c) Local Bankruptcy Rules 1007-1 and 1017-3. Under this Notice, your case may be dismissed no sooner than in fourteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707, 112, 1208 or 1307, as applicable, without any additional notice or a hearing. Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. 521.)*

_____

DEFICIENCY CURE DATE: 1/7/2010         FOR THE COURT:
                                                               Bradford L. Bolton, Clerk

                                                               s/ M. Reynolds_____
                                                                   Deputy Clerk

                                                               Dated__12/28/2009_____

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.

**Local Bankruptcy Form 1007-6.1**

[Caption as in Bankruptcy Official Form 16A]

**STATEMENT UNDER PENALTY OF PERJURY
CONCERNING PAYMENT ADVICES**

    I*, _____(debtor's name)_____, state as follows:

    I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ ]  I was not employed during the period immediately preceding the filing of the above-referenced case, \_\_\_(insert the dates that you were not employed)\_\_\_;

[ ]  I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ]  I am self-employed and do not receive any evidence of payment from an employer;

[ ]  Other (please provide explanation): _____.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: _____    By: _____
                                                                                  Signature of debtor

                                                                                 _____
                                                                                 Printed name of debtor
                                                                                 Home address
                                                                                 Telephone number
                                                                                 Facsimile number
                                                                                 E-mail address

* A separate form must be signed for each debtor.